FILED
NOV 0 5 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAC DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Nicole Solis (6)

## WARRANT FOR ARREST

**Case Number:** 26-cr-03887-RSH-6

~~NOT FOR PUBLIC VIEW~~

~~SEALED~~

s/ Armin Cortez

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Nicole Solis (6)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 841 (b) (1) (A) (viii), 846 - Conspiracy to Distribute Methamphetamine
21:853 - Criminal Forfeiture

RECEIVED
U.S. MARSHALS-S/CA
2026 OCT -2 PM 1:59

DATE: 10/29/2026
ARRESTED BY: FBI
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ A. Hazard
Signature of Deputy

10/2/2026 San Diego, CA
Date and Location

Bail fixed at $ by Steve B. Chu
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

QC: SJT